UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JESUS DANIEL MEJIA, a/k/a JESUS DANIEL MEJIA VELASCO,<br><br>                    Defendant. | Case No.:  3:16-cv-00509-BEN-WVG<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL** |

      The United States of America has filed a Complaint to revoke the U.S. citizenship of Defendant Jesus Daniel Mejia, also known as Jesus Daniel Mejia Velasco, for concealing a drug offense during the naturalization process.  (Compl., ECF No. 1.) Defendant has moved for the appointment of counsel, contending that he cannot pay for legal services and is unfamiliar with the law and judicial system.  (Mot., ECF No. 9.)

      Courts have discretion, pursuant to 28 U.S.C. § 1915(e)(1) (1996), to appoint counsel for indigent civil litigants upon a showing of exceptional circumstances.  "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved."  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (internal citations omitted).  "Neither of these factors is dispositive

and both must be viewed together before reaching a decision." *Id.* (internal citations omitted).

At this time, the Court cannot say there is any likelihood of success on the merits. Moreover, Plaintiff fails to demonstrate an inability to represent himself beyond the ordinary burdens encountered by plaintiffs representing themselves pro se. As to his argument that he cannot afford counsel, "[m]erely alleging indigence is insufficient to entitle him to appointed counsel; he must also demonstrate that he made a good faith effort, but was unable, to obtain counsel." *Garcia v. Smith*, No. 10-cv-1187, 2012 WL 2499003, at *4 (S.D. Cal. June 27, 2012). Plaintiff has failed to make this showing. Therefore, the Court finds that the exceptional circumstances required for the appointment of counsel are not present. Defendant's Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 5, 2016

                                               Hon. Roger T. Benitez
                                               United States District Judge